RECEIVED

JUN 7 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK

FILED

JUN – 7 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| RICKY R. FRANKLIN | ) | Civil Action No: 1:18-CV-236-LY |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| UPLAND SOFTWARE, INC., | ) |  |
|  | ) |  |
| Defendant | ) |  |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Ricky R. Franklin, Pro se, and pursuant to Fed. R. Civ. 56, and LR. 56.1-56.7, respectfully moves for Summary Judgment and requests summary judgment on the following claims within his Complaint for violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq and O.GC.G.A 46-5-27(i).

## SUMMARY

COUNT I – The Defendant Upland Software, Inc., (hereinafter, USI) violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq by calling/texting  the Plaintiff on his cellphone and leaving a automated voice

message on his phone.  Further, Defendant USI called Plaintiff using a automated system at least twenty-five (25) times in violation of the statute.

COUNT II – Defendant USI violated  O.GC.G.A 46-5-27(i) by contacting Plaintiff without his prior express written consent at least twenty-five (25) times by means of automatic text messaging to a cellphone or pager in violation of O.C.G.A 46-5-27 (i).

The elements of each claim as to the summary judgment is sought; Plaintiff expressly adopts and incorporates its accompanying  Memorandum of Law in accordance with LR 56.5 and LR 7.2 and Statement Undisputed Material Facts.  In accordance with LR 56.6, Plaintiff will also file an Appendix.

## REQUESTED RELIEF

Plaintiff respectfully asks the Court to enter an order granting this motion for Summary Judgment, and requests the following relief against Defendant USI,

1.  Statutory damages of $500.00 for each of the 25 calls in violation of 47 U.S.C. § 227et seq.

2.  Statutory damages of $2,000.00 for each of the 25 calls made negligently in violation of O.GC.G.A 46-5-27(i)

Respectfully submitted, June 2nd 2018

Ricky R. Franklin

708 Brambling Way
Stockbridge, GA 30281
(678-650-3733)
rrfrank12@hotmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent via mail on

June 2nd 2018 to Defendant's Counsel listed below:

### CLEVELAND TERRAZAS PLLC

Matthew Murrell

Carlos Soltero

4611 Bee Cave Road, Suite 306B
Austin, Texas 78746
T: (512) 689-8698

**ATTORNEYS FOR DEFENDANT UPLAND SOFTWARE, INC.**

Ricky R. Franklin

708 Brambling Way
Stockbridge, GA 30281
(678-650-3733)
rrfrank12@hotmail.com

4

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY** ★ **MAIL** ★

FROM:

Ricky Franklin
708 Brambling Way
Stockbridge, GA
30281

TO:  U.S. District Clerks Offce
501 West Fifth st
Suite #1100
Austin, Texas, 78701

SCREENED BY CSO

SCREENED BY CSO

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

**UNITED STATES POSTAL SERVICE** ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**P**

**PRIORITY MAIL 2-DAY®**

0004

EXPECTED DELIVERY 06/06/2018

U.S. POSTAGE
$6.70
PM 2-DAY
30304 0004
06/02/18

SSS

SHIP
TO:
501 W 5TH ST STE 1100
AUSTIN TX 78701-3812

**USPS TRACKING NUMBER**



9505 5000 1514 8153 0002 22

EP14F July 2013
OD: 12.5 x 9.5

P S0000 10000 14