IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICKY FRANKLIN, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-236-LY |
| | § | |
| UPLAND SOFTWARE, INC., | § | |
| DEFENDANT. | § | |

## ORDER

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment filed June 7, 2018 (Dkt. No. 13), Plaintiff's Memorandum in Support of Plaintiff's Motion to Dismiss Defendant's Counterclaims filed June 7, 2018 (Dkt. No. 15), and all filings related thereto are **REFERRED** to United States Magistrate Judge Andrew Austin for report and recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

SIGNED this __12th__ day of June, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE