IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICKY FRANKLIN,<br>    PLAINTIFF, | §<br>§<br>§ |
| V. | §    CAUSE NO. 1:18-CV-236-LY |
| | § |
| UPLAND SOFTWARE, INC.,<br>    DEFENDANT. | §<br>§<br>§ |

## ORDER

**IT IS ORDERED** that the parties are to submit to the court a Proposed Agreed Scheduling Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the form scheduling order of this court located on the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Forms" tab, "Civil," "Austin Division," "Proposed Scheduling Order for Judge Yeakel," **on or before December 7, 2018.**

SIGNED this _27th_ day of November, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE