IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 FEB 15  PM 3: 24

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | | |
|---|---|---|
| RICKY FRANKLIN,<br>PLAINTIFF, | §<br>§<br>§ | |
| V. | §<br>§ | CAUSE NO. 1:18-CV-236-LY |
| UPLAND SOFTWARE, INC.,<br>DEFENDANT. | §<br>§<br>§ | |

## ORDER

**IT IS HEREBY ORDERED** that all pending and future nondispositive motions in this case are **REFERRED** to United States Magistrate Andrew Austin for resolution. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(c).

**IT IS FURTHER ORDERED** that all pending and future dispositive motions are **REFERRED** to United States Magistrate Judge Andrew Austin for Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72; Loc. R. W.D. Tex. App. C, R. 1(d).

SIGNED this _____ day of February, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE