# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **RICKY R. FRANKLIN,** | § § § | |
| *Plaintiff/Counter-Defendant,* | § § | |
| v. | § § | Civil No. 18-CV-00236-LY |
| **UPLAND SOFTWARE, INC.,** | § § | JURY TRIAL REQUESTED |
| *Defendant/Counter-Plaintiff.* | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of the above-styled and numbered cause with prejudice, with each party to bear his/its own attorneys' fees and court costs.

Wherefore, Plaintiff and Defendant respectfully request that the Court enter an order of dismissal with prejudice, with each party to bear her/its own court costs and attorneys' fees.

Dated April 4, 2019                                       Respectfully submitted,

 

**RICKY R. FRANKLIN**
708 Brambling Way
Stockbridge, GA 30281
(678) 650-3733
rrfrank12@hotmail.com

/s/ Ricky R. Franklin

                **CLEVELAND | TERRAZAS PLLC**
                4611 Bee Cave Road, Suite 306B
                Austin, Texas 78746
                512-689-8698

                By:    /s/ Matthew Murrell
                        Matthew Murrell
                          State Bar No. 24083545
                          mmurrell@clevelandterrazas.com
                        Carlos Soltero
                          State Bar No. 00791702
                          csoltero@clevelandterrazas.com

                **ATTORNEYS FOR DEFENDANT**
                **UPLAND SOFTWARE, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on Plaintiff, who is proceeding *pro se*, on this 4th day of April, 2019, by United States Postal Service and email to the following addresses:

Ricky R. Franklin
708 Brambling Way
Stockbridge, GA 30281
(678) 650-3733
rrfrank12@hotmail.com

                                                      /s/ Matthew Murrell
                                                    Matthew Murrell