**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **RICKY R. FRANKLIN** | § | |
| | § | |
| **V.** | § | **1:18-CV-00236-LY-AWA** |
| | § | |
| **UPLAND SOFTWARE, INC.** | § | |

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. (Dkt. No. 40). The parties stipulate and agree to voluntary dismissal of the action with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filling a stipulation of dismissal signed by all parties who have appeared. The parties have done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. All pending motions are **DENIED AS MOOT.**

SIGNED this 4th day of June, 2019.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE